and *Messrs. Melvin H. Siegel, Thomas E. Harris,* and *Paul A. Sweeney* for the United States.

No. 950. SUPERIOR COURT OF CALIFORNIA *v.* CAMINETTI, INSURANCE COMMISSIONER. May 26, 1941. Petition for writ of certiorari to the Supreme Court of California denied. *Mr. U. S. Webb* and *Hester Webb* for petitioner.

No. 953. KEARNS COAL CORP. *v.* UNITED STATES FIDELITY & GUARANTY Co. May 26, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Henry L. Twombly* and *Lemuel Skidmore* for petitioner. *Mr. William Dike Reed* for respondent.

No. 960. GARDNER, TRUSTEE IN BANKRUPTCY, *v.* DOETHLAFF, BANKRUPT; and

No. 961. GARDNER, TRUSTEE IN BANKRUPTCY, *v.* PENN MUTUAL LIFE INSURANCE Co. May 26, 1941. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Charles Auerbach* for petitioner. *Mr. Walter T. Kinder* for respondents. Reported below: 117 F. 2d 582.

No. 964. MELLON ET AL., EXECUTORS, *v.* DRISCOLL, COLLECTOR OF INTERNAL REVENUE. May 26, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Wm. S. Moorhead* for petitioners. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Samuel H. Levy* for respondent.